AMERICAN HARDWARE CORPORATION OF NEW YORK v. ALLERTON-CLEVELAND COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN J. LARACY, SR., v. WATSON ELEVATOR COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES A. ALLEN, as Receiver, etc., v. JOHN J. MEENAN, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SHORT FILMS SYNDICATE, INC., v. NAT NATHANSON, Doing Business, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB HAJIM v. DECALCOMANIE TRANSFER ORNAMENTS Co., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN J. REISLER v. "CHARLES" M. WARD, First Name Charles Being Fictitious, etc., Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

BURNEE CORPORATION v. UNEEDA PURE ORANGE DRINK Co., INC., and Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JESSE ALBERT BACK v. CARL R. WITTEKIND.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MILTON TRUCKING AND FORWARDING COMPANY, INC., v. AMERICAN RAILWAY EXPRESS COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, v. CORN EXCHANGE BANK.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

BEATRICE R. LIFF v. JACOB LIFF.— Application denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

FIRST BANK AND TRUST COMPANY OF LAKE WORTH, FLORIDA, v. M. LANDAU.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MICHAEL ALIOTTA v. CHIARELLI STEVEDORING Co., INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NATHAN COHEN v. CHARLES S. GOETZ.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

H. FALLER & Co., INC., and Another v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MURRAY BRENNER v. FRANCES C. BERGE.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

KERMACOE REALTY Co., INC., v. THOMAS P. MCKENNA. (Actions Nos. 1 and 2.) — Application denied, with ten dollars costs. Present — Dowling. P. J., Finch, McAvoy, Martin and Proskauer, JJ.